**UNITED STATES COURT OF APPEALS**
**FIFTH CIRCUIT**

_____

No. 96-10267

(Summary Calendar)
_____

JASON LEE MCCAFFITY,

Plaintiff-Appellant,

versus

HURST-EULESS-BEDFORD INDEPENDENT SCHOOL
DISTRICT; RONALD CALOSS, Superintendent;
MAURICE RAWLINGS, Associate Superintendent; E
DON BROWN, Principal; BOB COOK, Vice
Principal; TOM DICKSON, Teacher; GLENDA
COPELAND, Teacher,

Defendants-Appellees.

_____

Appeal from the United States District Court
For the Northern District of Texas
(4:95-CV-318-Y)
_____

September 12, 1996

Before DAVIS, EMILIO M. GARZA, and STEWART, Circuit Judges.

PER CURIAM:[*]

For the reasons stated in the district court opinion, the grant of summary judgment in favor of the defendants is AFFIRMED. We caution McCaffity that *ad hominem* attacks on district court

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

judges will not be tolerated.